DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GENTRUS THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-1222

[August 10, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432020CF000274.

Gentrus Thomas, Brooksville, pro se.

No appearance required for appellee.

PER CURIAM

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***